# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154612(60)(61)

DEMETRIUS D. PEARSON, Personal
Representative of the Estate of GAYLE
PEARSON, Deceased,
        Plaintiff-Appellee,

v

CITY OF RIVER ROUGE,
        Defendant-Appellant.
_____/

SC: 154612
COA: 327581
Wayne CC: 13-014154-NO

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing his answer to the application for leave to appeal is GRANTED. The answer submitted on December 8, 2016, is accepted for filing. On further order of the Chief Justice, the motion to strike is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2016



Clerk